# UNITED STATES DISTRICT COURT
## District of Kansas

**UNITED STATES OF AMERICA,**                          **Filed Under Seal**

        **Plaintiff,**

        v.                                   **CASE NO. 6:19-cr-10135-EFM**

**JOHN DEAN HOPKINS,**

        **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1

**Transportation of Child Pornography**
**18 U.S.C. § 2252A(a)(1)**

On or about January 26, 2017, in the District of Kansas, the defendant,

**JOHN DEAN HOPKINS,**

knowingly transported child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate or foreign commerce, to wit, Dropbox via the internet, and did so in and affecting interstate and foreign commerce by any means including by computer, in violation of Title 18, United States Code, Section 2252A(a)(1).

## COUNT 2

### Transportation of Child Pornography
### 18 U.S.C. § 2252A(a)(1)

On or about October 7, 2018, in the District of Kansas, the defendant,

**JOHN DEAN HOPKINS,**

knowingly transported child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate or foreign commerce, to wit, Dropbox via the internet, and did so in and affecting interstate and foreign commerce by any means including by computer, in violation of Title 18, United States Code, Section 2252A(a)(1).

## FORFEITURE ALLEGATIONS

Upon conviction of any of the offenses in violation of 18 United States Code, Section 2252A(a)(1), as set out in Counts 1-2 of this Indictment, the defendant, **JOHN DEAN HOPKINS,** shall forfeit to the United States of America, pursuant to 18 United States Code, Section 2253(a)(3), any and all property used or intended to be used in any manner or part to commit or promote the commission of such offense of any property traceable to such property, including but not limited to:

blue Samsung smartphone seized on July 2, 2019;
blue tablet, FCCID: 2ABDT-TD9300D;
SIM card;

All pursuant to Title 18, United States Code, Section 2253 (a).

**A TRUE BILL.**

October 9, 2019 /s/ Foreperson
DATE FOREPERSON OF THE GRAND JURY

/s/Stephen R. McAllister
STEPHEN R. McALLISTER
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 15845
Stephen.McAllister@usdoj.gov

It is requested that trial be held in
**WICHITA, Kansas**