IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 19-10135-01-EFM |
| ) | |
| JOHN DEAN HOPKINS, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ORDER**

On motion of counsel for the Government, good cause appearing therefore,

IT IS ORDERED that the Criminal Indictment filed in this case on October 9, 2019, be unsealed.

S/KENNETH G. GALE
HONORABLE KENNETH G. GALE
UNITED STATES MAGISTRATE JUDGE